ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAROLYN CRAIGHEAD,

                 Plaintiff,                 22 Civ. 2644 (LLS)

    -against-                         ORDER

METROPOLITAN LIFE INSURANCE
COMPANY,

                 Defendant.
-----------------------------------------------------------X

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

    So Ordered.

Dated: New York, New York
       July 14, 2022

                                      *Louis L. Stanton*
                                    LOUIS L. STANTON
                                       U.S.D.J.