McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 993-8100
(973) 425-0161 (fax)
**Attorneys for Defendant**
**Metropolitan Life Insurance Company**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  8/1/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLYN CRAIGHEAD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Civil Action No.: 1:22-cv-02644 (LLS) |

## CIVIL ACTION – CONSENT ORDER OF DISMISSAL

**THIS MATTER** having been opened to the Court upon the joint application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Defendant Metropolitan Life Insurance Company, and Lambert Coffin, attorneys for Plaintiff Carolyn Craighead, and the Court having been apprised that the parties hereto have reached a full and final resolution and settlement of this civil action and having been further apprised that the parties desire to dismiss with prejudice and this civil action, however, providing for the retention of jurisdiction for the purpose of enforcing the settlement, if necessary, and the Court having reviewed and considered all pleadings and proceedings in this matter to date, and good cause having existed for the entry of the within Order;

**IT IS ON THIS** 1st day of August, 2022;

**ORDERED** that this civil action be and the same hereby is dismissed with prejudice and without attorneys' fees or costs assigned to either party.

_Louis L. Stanton_
Hon. Louis L. Stanton, U.S.D.J.

The undersigned hereby consent to the form, content and entry of the within Order of Dismissal:

DAVIS LAW, LLC
Attorneys for Plaintiff
Carolyn Craighead

By: _/s/ Andrew S. Davis_
    Andrew S. Davis, Esq.

McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
Attorneys for Defendant
Metropolitan Life Insurance Company

By: _/s/ Randi F. Knepper_
    Randi F. Knepper, Esq.

4609907_1.docx

2